[No. 4527–II.  Division Two.  May 20, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE TYRONE JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 55848, E. Albert Morrison, J., entered January 2, 1980. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.